USDC/ATTY-003 (Rev. 2/07) | LR 16.1 Report of Parties Planning Meeting

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT   SELECT ONE:

J.M., a minor,
by and through TANYA LARDIERI,
his Parent and Next Friend,

**V.**

LOGAN COUNTY BOARD
OF EDUCATION, et al.,

REPORT OF PARTIES' PLANNING MEETING
CASE NUMBER  2:15-cv-04822

---

*Guideline for parties and attorneys:*
The parties are advised to use the *Worksheet for Report of Parties Planning Meeting* (Form USDC/ATTY-004 located on the Court's website at www.wvsd.uscourts.gov) and the suggested guidelines contained in the form's comments.

---

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on __January 5, 2016__. Those participating were:

    __Ben White, Esquire__ for plaintiff(s)

    __Duane Ruggier and Jacob Layne__ for defendant(s) __Logan County Bd. of Education, et al.__

    _____ for defendant(s) _____

    _____ for defendant(s) _____

2. Pre-Discovery Disclosures. The parties will exchange by __February 29, 2016__ the information required by Fed.R.Civ.P. 26(a)(1).

3. Plaintiff(s) should be allowed until __January 31, 2016__ to join additional parties and until __January 31, 2016__ to amend the pleadings. Defendant(s) should be allowed until __February 15, 2016__ to join additional parties and until __February 15, 2016__ to amend the pleadings.

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Planning Meeting

4. Discovery Plan. The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Discovery will be needed on the following subjects:

Whether or not Plaintiff suffered a violation of his rights under the West Virginia Constitution and/or Federal Constitution.

Disclosure of electronically stored information should be handled as follows:

As agreed by the parties.

The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows:

The parties have not agreed to such an order at this time.

This action  is not  suitable for designation as a complex case requiring special case management procedures and additional pretrial conferences. If the parties and attorneys believe that the case is complex, the basis for that belief is:

n/a

The last date to serve discovery requests is ___June 30, 2016___. The last date on which to take a discovery deposition is 45 days after the last date to serve discovery requests. The last date on which to take a discovery deposition is known as the "discovery completion date." [Discovery on ___all discovery___ to be completed by ___August 15, 2016___.]

The parties  do  adopt the discovery limits set forth in the Federal Rules of Civil Procedure. If the parties and attorneys believe that more discovery is needed, the basis for that belief is:

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Planning Meeting

n/a

Reports from retained experts under Rule 26(a)(2) due:

By the party with the burden of proof on an issue: June 15, 2016 ;
By the party not bearing the burden of proof on an issue: July 15, 2016 ; and
Expert witness disclosures intended solely to contradict or rebut evidence on the same issue identified by another party: August 1, 2016 .

5. Magistrate judges will resolve discovery disputes. The parties do not consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

6. Mediation shall take place on or before September 15, 2016 .

7. Potential dispositive motions shall be filed by September 5, 2016 , with responses and replies filed according to the Local Rules.

8. The parties request a pretrial conference in November 2016 .
The plaintiff(s) shall submit a proposed pretrial order to defendant(s) on or before 14 days prior to PreTrial.
The defendant(s) shall compile a proposed integrated pretrial order and submit it to chambers of the presiding judicial officer on or before 7 days prior to Pre-Trial .

9. Where applicable, proposed jury instruction shall be exchanged and transmitted to chambers of the presiding judicial officer in Microsoft Word format on or before 7 days prior to PreTrial .

10. Where applicable, proposed findings of fact and conclusions of law shall be exchanged and transmitted to chambers of the presiding judicial officer in Microsoft Word format on or before 7 days prior to PreTrial .

11. A final settlement conference will take place on 10 days prior to trial .

USDC/ATTY-003 | LR 16.1 (Rev. 2/07) Report of Parties Planning Meeting

12. The case should be ready for trial by ___December 1, 2016___, and at this time is expected to take approximately _____Five_____ days.

The parties do not requ[▼] a conference with the court before entry of the scheduling order.

___s/ Duane J. Ruggier II___
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
901 Quarrier Street
Charleston, West Virginia 25301
Telephone: 304-344-0100

___s/ Benjamin White___
ATTORNEY AT LAW
338 Main Street
Chapmanville, West Virginia 25508
Telephone: 304-855-2369